AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

      Petitioner,               JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: **3:07-CV-398-BES-RAM**

WILLIAM F. HORNE,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondent's Objection to Report and Recommendation of U.S. Magistrate Judge (Document #16) is DENIED and the Report and Recommendation entered by the Magistrate Judge (Document #15) is ADOPTED. The United States Petition to Enforce IRS Summonses (Document #1) is GRANTED.


  April 25, 2008                                      **LANCE S. WILSON**
                                                                        Clerk

                                                                     /s/ Katie Lynn Ogden
                                                                       Deputy Clerk